# EXHIBIT 1 -
## Complaint

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-443-741**
**Effective Date of Registration:**
January 23, 2025
**Registration Decision Date:**
May 01, 2025

## Title

**Title of Work:** Vector illustration toothy swimming angry sharkanimalsea fish character underwater cute marine wildlife mascot seamlesspattern background.

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 22, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Utemova Sofia
  **Author Created:** 2-D artwork
  **Citizen of:** Russia
  **Domiciled in:** Russia

## Copyright Claimant

**Copyright Claimant:** Sci Spark LLC
8 The Green, Suite B, Dover, DE, 19901, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Sci Spark LLC
**Address:** 8 The Green, Suite B
Dover, DE 19901 United States

## Certification