## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCI SPARK LLC, | |
| Plaintiff, | Civil Action No. 26-cv-1235 |
| v. | **Judge: Hon. W. Scott Hardy** |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | |
| Defendants. | |

### ORDER ON PLAINTIFF'S *EX PARTE* MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

AND NOW, this 20th day of July, 2026, upon consideration of Plaintiff's Ex Parte Motion to Extend Temporary Restraining Order.

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Temporary Restraining Order entered by the Court on July 10, 2026, (Dkt. No. 23), and set to expire on July 24, 2026, is extended by a period of fourteen (14) days until August 7, 2026, or until the Court rules on Plaintiff's Motion for entry of a Preliminary Injunction Order. Good cause exists to extend the TRO because third parties have not yet fully effectuated its terms.

IT IS FURTHER ORDERED that Plaintiff's deadline to supplement its Motion for TRO/PI, Memoranda of Law, and supporting declarations and exhibits, is extended by a period of fourteen (14) days until close of business on July 31, 2026

Defendants are hereby ORDERED to show cause before this Court in the United States District Court for the Western District of Pennsylvania, the U.S. Courthouse, in person in Courtroom 3b on the 6th day of August, 2026 at 10:00 a.m. or at such other time that this Court deems appropriate, why a preliminary injunction, pursuant to FRCP 65(a), should not issue. Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them.

Opposing papers, if any, shall be filed electronically with the Court and served on Plaintiff's counsel by delivering electronic copies thereof to the office of Whitewood Law PLLC at smu@whitewoodlaw.com before August 4, 2026.

_____ at 10 : 05 A..m.
United States District Judge
Hon. W. Scott Hardy